**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Joe's Sports Bar, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | AKA Village Corner Comfort Kitchen and Bar <br> AKA Kuni's Kitchen (Closed) <br> AKA Beef Brine Flip (Closed) <br> AKA Barcos Sports and Seaford (Closed) <br> AKA Barcos Sports and Raw Bar (Closed) |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-8997563 |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** <br><br> 360 Exchange St., #102 <br> Concord, NC 28027 <br> Number, Street, City, State & ZIP Code <br><br> Cabarrus <br> County | **Mailing address, if different from principal place of business** <br><br> 6012 Bayfield Pkwy, Ste. 235 <br> Concord, NC 28027 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 360 Exchange St., #102 Concord, NC 28027 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.villagecornerconcord.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor      Joe's Sports Bar, Inc._____          Case number (*if known*)_____
                Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
|---|---|
| District _____    When _____ | Case number, if known _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor    Joe's Sports Bar, Inc._____          Case number (*if known*) _____
          Name

**11.  Why is the case filed in** *this district?*    *Check all that apply:*

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

          Contact name  _____

          Phone  _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Joe's Sports Bar, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 4, 2025
                 MM / DD / YYYY

**X** /s/   Ryan Bybee                                    Ryan Bybee
Signature of authorized representative of debtor        Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ John C. Woodman                              Date    March 4, 2025
Signature of attorney for debtor                               MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone    (704) -37-7-43x00        Email address    jwoodman@essexrichards.com

42365 NC
Bar number and State

---

# United States Bankruptcy Court
## Western District of North Carolina

In re    Joe's Sports Bar, Inc.                             Case No. _____
                                  Debtor(s)     Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 4, 2025 _____         /s/  Ryan Bybee _____
                                         Ryan Bybee/President
                                       Signer/Title

John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


Acme Pest Control Co., Inc.
P.O. Box 1147
Concord, NC 28026-1147


Affirm
30 Isabella St., Floor 4
Pittsburgh, PA 15212


Afton Self Storage
6380 Poplar Tent Road
Concord, NC 28027


American Express Credit Card
P.O. Box 6031
Carol Stream, IL 60197-6031


Aqua Food Company, LLC
6012 Bayfield Parkway, Ste. 235
Concord, NC 28027


Arena Funding
66 West Flagger St., Ste. 900
Miami, FL 33130


Artimus Concepts, LLC
6012 Bayfield Parkway, Ste. 235
Concord, NC 28027

ASCAP
21678 Network Place
Chicago, IL 60673-1216


Ben E. Keith Co.
9827 S. NC Highway 150
Linwood, NC 27299-9461


BMI (Broadcast Music, Inc.)
P.O. Box 630893
Cincinnati, OH 45263-0893


Bybee Holdings, LLC
6012 Bayfield Parkway, Ste. 235
Concord, NC 28027


Cabarrus County Tax Collector's Office
P.O. Box707
Concord, NC 28026-0707


Capital One Credit Card
P.O. Box 71087
Charlotte, NC 28272-1087


Carolina Chemical EzzyClean
P.O. Box 1595
Harrisburg, NC 28075-1595


Christine's Steakhouse, LLC
6012 Bayfield Parkway, Ste. 235
Concord, NC 28027


CHTD Company
P.O. Box 2576
Springfield, IL 62708


CIT
155 Commerce Way
Portsmouth, NH 03801


Corporate Service Company, As Representa
PO. Box 2576
Springfield, IL 62708


Cozzini Bros., inc.
350 Howard Avenue
Des Plaines, IL 60018-1908


Cromwell Capital
398 E. Dania Beach Blvd., #297
Dania Beach, FL 33004


DirecTV for Business
P.O. Box 410347
Carol Stream, IL 60197-5006

Dominion Energy
P.O. Box 100256
Columbia, SC 29202-3256


Financial Agent Services
P.O. Box 2576
Springfield, IL 62708


Hello Signs, USA
4724 Old Pineville Road
Charlotte, NC 28217


Intuit Payments, Inc. QuickBooks BillPay
2700 Coast Avenue
Mountain View, CA 94043


JFC International, Inc.
1925 N. Norcross-Tucker Rd.
Norcross, GA 30071


Joe's Sports Bar, Inc.
360 Exchange St., #102
Concord, NC 28027


Joseph M. Guza
1922 Thompson Drive
Concord, NC 28025


Kash Advance, LLC
323 Sunny Isles Blvd., Ste. 503
Sunny Isles Beach, FL 33160


Lead Bank (Credit Key)
145 S. Fairfax Ave., Ste. 200
Los Angeles, CA 90036


Robert Oxygen Company, Inc.
P.O. Box 5507
Derwood, MD 20855-0507


Ryan Bybee
6012 Bayfield Pkwy., Ste. 235
Concord, NC 28027


Scratch Made Hospitality Group LLC
6012 Bayfield Pkwy., Ste. 235
Concord, NC 28027


Scratch Made Hospitality Group, LLC
6012 Bayfield Pkwy., Ste. 235
Concord, NC 28027


SESAC
P.O. Box 737457
Dallas, TX 75373-7457

Solid Refrigeration, Inc.
4501 Sapp Rd.
Kannapolis, NC 28083-8645


Southpaw Investors, LLC
P.O. Box 466
325 McGill Ave., NW, Ste. 120
Concord, NC 28026-0466


Southpaw Investors, LLC
P.O. Box 466
325 McGill Ave., NW, Suite 120
Concord, NC 28027


Spectrum Sales NC, Inc.
P.O. Box 420247
Atlanta, GA 30342-0247


Sysco Charlotte, LLC
1260 Schwab Road
New Braunfels, TX 78132-5155


Sysco Charlotte, LLC
4500 Corporate Drive NW
Concord, NC 28027


Tarheel Linen Service, Inc.
P.O. Box 19363
Charlotte, NC 28219


The Knot Worldwide
c/o AFM Legal Collections
P.O. Box 736150
Chicago, IL 60673-5633


Toast, Inc.
333 Summer St.
Boston, MA 02210


Trellis Properties, LLC
360 Exchange St., Ste. 112
Concord, NC 28027


Trellis Properties, LLC
360 Exchange St., NW, Suite 112
Concord, NC 28027


U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Administration
2 North Street, Ste. 320
Birmingham, AL 35203

US Foods, Inc.
P.O. Box 602292
Charlotte, NC 28260-2292


Villmer Caudill, PLLC
P.O. Box 18186
Charlotte, NC 28218


WebBank
215 South State Street
Salt Lake City, UT 84111


WebBank
215 South State St., Suite 1000
Salt Lake City, UT 84111


WebBank - Toast Capital


WebBank, itrs successors & assignees
215 South State St., Ste. 1000
Salt Lake City, UT 84111


WebBank, its successors & assignees
215 South State St., Suite 1000
Salt Lake City, UT 84111


Welch CPA, PLLC
8858 Fultram Lane
Mint Hill, NC 28227


Wells Fargo Credit Card
WF SBCS - Account Servicing Team
P.O. Box 29482
Phoenix, AZ 85038